IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:13-CR-076 |
| ) | |
| JACK MAYFIELD, JR., ) | |
| JAMES CARROL HICKMAN ) | |

## MEMORANDUM AND ORDER

This criminal case is before the court on the government's motion to continue [doc. 53]. The government asks for a continuance of the November 5, 2013 trial date, citing a scheduling conflict with two law enforcement witnesses. The defense has no opposition to the government's request. [Docs. 53, 58].

The court finds the motion well-taken, and it will be granted. The ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the prosecution, the court finds that the failure to grant the motion would deny counsel for the government reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the motion to continue [doc. 53] is **GRANTED**, and this criminal trial is **CONTINUED** to Tuesday, **February 11, 2014, at 9:00 a.m.** in Greeneville. The new plea cutoff date is January 28, 2014.

ENTER:

      s/ Leon Jordan
United States District Judge